Van-212 [AP Summons] (Rev. 07/17)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

In re:  
Shannon Owens  
    Debtor(s)

Case No. 18-82336-CRJ13  
Chapter 13

AP No. 18-80084-CRJ

Shannon Owens  
    Plaintiff(s)  
vs.  
Patriots Acceptance  
    Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU, Patriots Acceptance, ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: | United States Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: August 30, 2018



Joseph E. Bulgarella, Clerk  
United States Bankruptcy Court

By: /s/ Rose Leatherwood

# CERTIFICATE OF SERVICE

I, __John C. Larsen__ (name), certify that service of this summons and a copy of the complaint was made __9/4/2018__ (date) by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

*See attached.*

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __9/4/2018__    Signature __John C. Larsen__

Print Name:    John C. Larsen

Business Address:    1733 Winchester Rd,
Huntsville, AL 35811

**Patriots Acceptance**

4286 Hales Ford Rd.

Moneta, VA 24121


P.O. Box 5717

Englewood, NJ 07631